715 A.2d 994

IN THE MATTER OF N.J.S.A. 2C:52–6 PETITION
FOR EXPUNGEMENT OF THE RECORDS
OF T.P.D., APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued July 14, 1998—Decided July 28 1998.

Before Judges WALLACE and EICHEN.

*Raymond F. Slattery,* argued the cause for appellant (*Catania & Harrington,* attorneys; *Mr. Slattery,* on the brief).

*Steven E. Braun,* Senior Assistant Prosecutor, argued the cause for respondent State of New Jersey (*Ronald S. Fava,* Passaic County Prosecutor, attorney; *Mr. Braun,* of counsel and on the brief).

*Stephen H. Monson,* Deputy Attorney General, argued the cause for Attorney General of the State of New Jersey, Amicus Curiae (*Peter Verniero,* Attorney General, attorney; *Mr. Monson,* of counsel and on the brief).

PER CURIAM.

The judgment of the Law Division is affirmed substantially for the reasons expressed by Judge Rothenberg in his opinion reported at 314 *N.J.Super.* 643, 715 *A.*2d 1048 (Law Div.1997).